# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS CORRALES; ERICA ORTIZ; ENRIQUE CARRANZA; and BULMARO CARRANZA, ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOMPOC; HENRY STRONG; DAVID GARZA; GABRIEL MOLINA; and DOES 1-10,<br><br>Defendants. | Case No. 2:21-CV06629-CJC-GJS<br><br>Assigned to:<br>Hon. Cormac J. Carney<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Action Filed: August 16, 2021<br>Trial Date:    Not Yet Set |

Good cause having been shown and the matter stipulated to, it is hereby ORDERED that the case is dismissed with prejudice.

It is so ordered.

DATED: February 14, 2023        By: _____

HON. CORMAC J. CARNEY